Case Name: OWIECKI, JOHN P.
Case No:    08-71876

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 17, 2009          WILLIAM T. NEARY
                                  United States Trustee, Region 11


                            BY:    *Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee