Case 08-71876  Doc 35-1  Filed 02/17/09  Entered 02/17/09 11:34:08  Desc Notice
of Hearing  Page 1 of 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN

IN RE:
OWIECKI, JOHN P

               Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-1785

CHAPTER 7 -- Liquidation

CASE NO. 08-71876 MB

HONORABLE MANUEL BARBOSA

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

        At:    U.S. BANKRUPTCY COURT
             211 South Court Street, Room 220
             Rockford, IL 61101

        on:    **MARCH 18, 2009**
        at:    **9:30 a.m.**

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 39.36 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 2,475.00 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,350.19 | |

4.    The Trustee's Final Report shows total:

        a. Receipts                 $    6,001.85

        b. Disbursements       $    0.00

        c. Net Cash Available for Distribution    $    6,001.85

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $2,137.30, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $28,135.03, resulting in an approximate distribution of 7.60% to unsecured creditors, plus interest.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE:  February 11, 2009 _____                For the Court,


                                                By: /s/  BERNARD J NATALE _____


                                                    Trustee

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 1          Date Rcvd: Feb 18, 2009
Case: 08-71876               Form ID: pdf002          Total Served: 34

The following entities were served by first class mail on Feb 20, 2009.
```
db          +John P Owiecki,   112 Club Circle,   Belvidere, IL 61008-8287
aty         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
12327285     Cardmember Services,   PO Box 5250,   Carol Stream, IL 60197-5250
12606566     Chase Bank USA, NA,   PO Box 15145,   Wilmington, DE 19850-5145
12327287    +Circuit City,   Chase Cardmember Services,   PO Box 15678,   Wilmington, DE 19885-0001
12327288    +Citibank CBSD NA,   701 E. 60th Street N,   Sioux Falls, SD 57104-0493
12327289    +Dental Experts LLC,   d/b/a Dental Dreams,   6215 E. State Street,   Rockford, IL 61108-2514
12327291     FNB-Dekalb,   141 Lincoln Highway,   DeKalb, IL 60115-3609
12327293    +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
12327294     HSBC Card Services,   PO Box 81622,   Salinas, CA 93912-1622
12327292     High Field Open MRI of Rockford LLC,   6910 S. Madison Street,   Willowbrook, IL 60527-5504
12327295    +Marathon Petroleum Company LLC,   Attn Credit Card Ctr,   PO Box 81,   Findlay, OH 45839-0081
12327296    +Mr. Goodwater Inc.,   1356 Marijon Drive,   Byron, IL 61010-8827
12564855     PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12746913     PYOD LLC its successors and assigns as assignee of,   Washington Mutual,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12327297     Physicians Immediate Care,   Billing Service Center,   PO Box 2176, Dept 5389,
             Milwaukee, WI 53201-2176
12327298     Rockford Radiology Association,   PO Box 5368,   Rockford, IL 61125-0368
12327299    +Sean Owiecki,   112 Club Circle,   Belvidere, IL 61008-8287
12327300    +Shell Mastercard,   Citi Cards,   PO Box 6000,   The Lakes, NV 89163-0001
12327301    +Speedway SuperAmerica LLC,   Attn: Credit Customer Service,   PO Box 1590,
             Springfield, OH 45501-1590
12327302    +The Four Seasons Mobile Home Park,   700 W. Chrysler Drive,   Belvidere, IL 61008-6011
12327304   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 2188,   Oshkosh, WI 54903-2188)
12327305   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790179,   St. Louis, MO 63179-0179)
12327303    +US Bank,   425 Walnut Street,   Cincinnati, OH 45202-3937
12327306     Value City Furniture,   WFNNB,   Bankruptcy Department,   PO Box 182125,
             Columbus, OH 43218-2125
12327307    +Washington Mutual,   5040 Johnson Drive,   Pleasanton, CA 94588-3333
12327308     Washington Mutual,   PO Box 660509,   Dallas, TX 75266-0509
12327309    +Wells Fargo Financial,   800 Walnut Street,   Des Moines, IA 50309-3891
12327311    +Wells Fargo Financial,   PO Box 98786,   Las Vegas, NV 89193
12327310     Wells Fargo Financial,   4920 E. State Street,   Rockford, IL 61108-2272
12800110    +Wells Fargo Financial Illinois, Inc,   4137 121st Street,   Urbandale IA 50323-2310
12739377     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Feb 19, 2009.
```
12327290     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2009 04:52:53   Discover Card,   PO Box 30943,
             Salt Lake City, UT 84130
12578957     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2009 04:52:53
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
                                                                                          TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12327286     Circuit City,   Chase,   PO Box 100019,   Kenneway, GA 3015
                                                                            TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2009**                         **Signature:**   _Joseph Speetjens_