# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: OWIECKI, JOHN P | § Case No. 08-71876 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 99,461.01 | Assets Exempt: 23,391.01 |
| Total Distribution to Claimants: 2,137.30 | Claims Discharged Without Payment: 13,935.36 |
| Total Expenses of Administration: 3,864.55 | |

3) Total gross receipts of $ 6,001.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,001.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**


RECEIVED
APR 2 7 2009

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,154.93 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,864.55 | 3,864.55 | 3,864.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,388.97 | 28,135.03 | 28,135.03 | 2,137.30 |
| **TOTAL DISBURSEMENTS** | $47,543.90 | $31,999.58 | $31,999.58 | $6,001.85 |

4) This case was originally filed under Chapter 7 on June 16, 2008.
. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2009        By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Death Benefits Payable | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 1.85 |
| **TOTAL GROSS RECEIPTS** | | **$6,001.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U S Bank | 4210-000 | 15,185.72 | N/A | 0.00 | 0.00 |
| Value City Furniture | 4210-000 | 969.21 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$16,154.93** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 39.36 | 39.36 | 39.36 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,475.00 | 2,475.00 | 2,475.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.19 | 1,350.19 | 1,350.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,864.55 | $3,864.55 | $3,864.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC as assignee of Citibank | 7100-000 | 2,009.98 | 2,302.33 | 2,302.33 | 174.90 |
| Discover Bank/DFS Services LLC | 7100-000 | 6,372.13 | 6,617.58 | 6,617.58 | 502.71 |

**UST Form 101-7-TDR (4/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, NA | 7100-000 | 3,803.23 | 3,922.66 | 3,922.66 | 297.99 |
| Speedway SuperAmerica LLC | 7100-000 | 731.72 | 744.00 | 744.00 | 56.52 |
| Marathon Petroleum Company LLC | 7100-000 | 178.00 | 178.00 | 178.00 | 13.52 |
| eCAST Settlement Corporation assignee of | 7100-000 | 282.63 | 282.63 | 282.63 | 21.47 |
| PYOD LLC as assignee of Washington Mutual | 7100-000 | 12,849.72 | 13,217.00 | 13,217.00 | 1,004.04 |
| Wells Fargo Financial Illinois, Inc | 7100-000 | 1,069.00 | 870.83 | 870.83 | 66.15 |
| Dental Experts LLC | 7100-000 | 50.00 | N/A | 0.00 | 0.00 |
| High Field Open MRI of Rockford LLC | 7100-000 | 1,086.40 | N/A | 0.00 | 0.00 |
| HSBC Bank | 7100-000 | 525.27 | N/A | 0.00 | 0.00 |
| Cardmember Services | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Mr. Goodwater | 7100-000 | 59.00 | N/A | 0.00 | 0.00 |
| Physicians Immediate Care | 7100-000 | 220.17 | N/A | 0.00 | 0.00 |
| Rockford Radiology Association | 7100-000 | 20.00 | N/A | 0.00 | 0.00 |
| Sean Owiecki | 7100-000 | 731.72 | N/A | 0.00 | 0.00 |
| The Four Seasons Mobile Home Park | 7100-000 | 400.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$31,388.97** | **$28,135.03** | **$28,135.03** | **$2,137.30** |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-71876 MB  
Case Name: OWIECKI, JOHN P  
Period Ending: 04/15/09

Trustee: (330370) BERNARD J. NATALE  
Filed (f) or Converted (c): 06/16/08 (f)  
§341(a) Meeting Date: 08/14/08  
Claims Bar Date: 11/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Manufactured Home 112 Club Circle, Belvidere, IL | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Acct #008076043 | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Acct # 300035821 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security Deposit | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Couch | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household Goods & Furnishings | 1,000.00 | 200.00 | DA | 0.00 | FA |
| 8 | Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K | 9,786.01 | 3,418.41 | DA | 0.00 | FA |
| 10 | 1998 Saturn SL2 (92,000 miles)(Severe auto | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Ford Freestyle (60,000 miles) | 11,965.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1Dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Death Benefits Payable<br>DEBTOR FILED AMENDED B & C ADDING DEATH BENEFIT. EXEMPTED $7,060 UNDER 735 ILCS 5/12-1001(f) AND 5/12-1001(h)(3). TRUSTEE FILED OBJECTION TO THIS EXEMPTION. EXEMPTED $3,640 PURSUANT TO 735 ILCS 5/12-1001(b). TRUSTEE HAD TO OBJECTION TO THIS EXEMPTION. ORDER ENTERED 11/19/08 | 10,700.00 | 7,060.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.85 | Unknown |
| 14 | Assets   Totals (Excluding unknown values) | $110,161.01 | $10,678.41 | | $6,001.85 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): March 31, 2009    Current Projected Date Of Final Report (TFR): March 31, 2009

Printed: 04/15/2009 03:19 PM    V.11.12

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-71876 MB | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | OWIECKI, JOHN P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****61-65 - Money Market Account |
| Taxpayer ID #: | 61-6365610 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/08 | {13} | John C Owiecki | Pymt of Compromise Re: Life Insurance Re: Death of Fiance | 1129-000 | 6,000.00 | | 6,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.24 | | 6,000.24 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.71 | | 6,000.95 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.53 | | 6,001.48 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.29 | | 6,001.77 |
| 02/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.08 | | 6,001.85 |
| 02/08/09 | | To Account #*******6166 | Close Account for Final Report | 9999-000 | | 6,001.85 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 6,001.85 | 6,001.85 | $0.00
| Less: Bank Transfers | 0.00 | 6,001.85 |
| Subtotal | 6,001.85 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $6,001.85 | $0.00 |

{} Asset reference(s)  Printed: 04/15/2009 03:19 PM  V.11.12

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-71876 MB |
|---|---|
| Case Name: | OWIECKI, JOHN P |
| Taxpayer ID #: | 61-6365610 |
| Period Ending: | 04/15/09 |

| Trustee: | BERNARD J. NATALE (330370) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****61-66 - Checking Account |
| Blanket Bond: | $552,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/09 | | From Account #********6165 | Close Account for Final Report | 9999-000 | 6,001.85 | | 6,001.85 |
| 03/19/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.19, Trustee Compensation; Reference: | 2100-000 | | 1,350.19 | 4,651.66 |
| 03/19/09 | 102 | PYOD LLC as assignee of Citibank | Distribution paid 7.59% on $2,302.33; Claim# 1; Filed: $2,302.33; Reference: 4603 | 7100-000 | | 174.90 | 4,476.76 |
| 03/19/09 | 103 | Discover Bank/DFS Services LLC | Distribution paid 7.59% on $6,617.58; Claim# 2; Filed: $6,617.58; Reference: 1677 | 7100-000 | | 502.71 | 3,974.05 |
| 03/19/09 | 104 | Chase Bank USA, NA | Distribution paid 7.59% on $3,922.66; Claim# 3; Filed: $3,922.66; Reference: 5122 | 7100-000 | | 297.99 | 3,676.06 |
| 03/19/09 | 105 | Speedway SuperAmerica LLC | Distribution paid 7.59% on $744.00; Claim# 4; Filed: $744.00; Reference: 569 | 7100-000 | | 56.52 | 3,619.54 |
| 03/19/09 | 106 | Marathon Petroleum Company LLC | Distribution paid 7.59% on $178.00; Claim# 5; Filed: $178.00; Reference: 2567 | 7100-000 | | 13.52 | 3,606.02 |
| 03/19/09 | 107 | eCAST Settlement Corporation assignee of | Distribution paid 7.59% on $282.63; Claim# 6; Filed: $282.63; Reference: 9295 | 7100-000 | | 21.47 | 3,584.55 |
| 03/19/09 | 108 | PYOD LLC as assignee of Washington Mutual | Distribution paid 7.59% on $13,217.00; Claim# 7; Filed: $13,217.00; Reference: 7541 | 7100-000 | | 1,004.04 | 2,580.51 |
| 03/19/09 | 109 | Wells Fargo Financial Illinois, Inc | Distribution paid 7.59% on $870.83; Claim# 8; Filed: $870.83; Reference: 0462 | 7100-000 | | 66.15 | 2,514.36 |
| 03/19/09 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 2,514.36 | 0.00 |
| | | | Dividend paid 100.00% 39.36 on $39.36; Claim# EXP; Filed: $39.36 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00% 2,475.00 on $2,475.00; Claim# ATTY; Filed: $2,475.00 | 3110-000 | | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 6,001.85 | 6,001.85 | $0.00 |
| Less: Bank Transfers | 6,001.85 | 0.00 | |
| Subtotal | 0.00 | 6,001.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,001.85 | |

() Asset reference(s)   Printed: 04/15/2009 03:19 PM    V.11.12

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-71876 MB | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | OWIECKI, JOHN P | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****61-66 - Checking Account |
| Taxpayer ID #: | 61-6365610 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/15/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***.*****61-65 | 6,001.85 | 0.00 | 0.00 |
| Checking # ***.*****61-66 | 0.00 | 6,001.85 | 0.00 |
| | $6,001.85 | $6,001.85 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2009 03:19 PM V.11.12